IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ULISES OCAMPO SEGURA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, in his official capacity ) <br> as President of the United States, MARCO ) <br> RUBIO, in his official capacity as the ) <br> Secretary for the United States Department ) <br> of State, TODD LYONS, in his official ) <br> capacity as the Director of Immigration and ) <br> Customs Enforcement, JOHN DOE, in their ) <br> official capacity as Warden or Supervisor or ) <br> Director of Broadview Processing Center, ) <br> KRISTI NOEM, in her official capacity as ) <br> Secretary of the United States Department of ) <br> Homeland Security, and PAMELA BONDI, ) <br> in her official capacity as United States ) <br> Attorney General, ) <br> ) <br> Respondents. ) | Case No. 4:25-cv-00500-SMR-WPK <br><br><br> ORDER TRANSFERRING CASE |

Petitioner Ulises Ocampo Segura filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the Northern District of Illinois after he was detained by United States Immigration and Customs Enforcement ("ICE"). [ECF No. 1]. The case was transferred to the Southern District of Iowa on the ground that Petitioner was detained in Scott County, Iowa, when he filed his petition. [ECF No. 10].

On December 17, 2025, the Court ordered Respondents to file a status report within three days identifying Petitioner's location. [ECF No. 14]. More than three weeks later, Respondents reported that Petitioner was detained in the Western District of Texas. [ECF No. 20]. Petitioner's counsel countered that he was detained at the Clay County Justice Center in the Southern District

1

of Indiana.[1]  [ECF No. 21].  Respondents have since filed a revised status report confirming that Petitioner is detained at the Clay County Justice Center.[2]  [ECF No. 22].  The U.S. Immigration and Customs Enforcement Online Detainee Locator confirms that location.  *See U.S. Immigration and Customs Enforcement*, Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last accessed January 15, 2026).

The Court therefore concludes that it does not have jurisdiction and finds that transfer to the Southern District of Indiana is appropriate.  *See* 28 U.S.C. § 2241(a); *Trump v. J.G.G.*, 604 U.S. 670, 672 (2025) (per curiam) (holding jurisdiction for core habeas petitions lies in the district of confinement).  Accordingly, IT IS ORDERED that this case be transferred to the United States District Court for the Southern District of Indiana, and the Clerk of Court shall process the transfer.  The Court expresses no opinion on the merits of the petition.

IT IS SO ORDERED.

Dated this 15th day of January, 2026.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Counsel asserts that Petitioner has been moved several times and that "the ICE tracker did not show a location until January 12, 2026." [ECF No. 21].  That assertion is inaccurate.  The Court's December 17 order noted that the U.S. Immigration and Customs Enforcement Online Detainee Locator showed the only individual in ICE custody bearing Petitioner's name and home country was detained at the Clay County Justice Center.  [ECF No. 14 at 2 n.1].

[2] Petitioner is in Respondents' custody.  Respondents' revised status report does not address the delay in filing a status report, or the basis on which they were "advised" of Petitioner's transfer to the Southern District of Indiana after filing their initial status report.  [ECF No. 22].